# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

(HON. LARRY A. BURNS )

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 17CR1901 LAB |
| | ) |
| Plaintiff, | ) **ORDER GRANTING** |
| v. | ) **MOTION FOR EARLY** |
| | ) **TERMINATION OF** |
| ESPERANZA ROQUE, | )  **PROBATION** |
| | ) |
| _____ | ) |

**IT IS HEREBY ORDERED** that the defendant's motion to terminate her probation is granted.

**IT IS SO ORDERED**.

DATED: 5/21/2020                    _____
                                                        HON. LARRY A. BURNS
                                                        CHIEF US DISTRICT JUDGE

1